IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 89-00310 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| CARL SAMPSON, | |
| Defendant. | |

Pro se defendant has moved to vacate, set aside, or correct his sentence. Th emotion and case files do not "conclusively show" that defendant is not entitled to relief. *See* 28 U.S.C. 2255. The government is **ORDERED TO SHOW CAUSE** by **JULY 6, 2017**, why the motion should not be granted, if that is its position, and to file then all portions of the record relevant to the motion. The Clerk shall **SERVE** this order on defendant and the United States. If the government opposes the motion, defendant shall have **FORTY-FIVE DAYS** from submission of the opposition to reply.

**IT IS SO ORDERED.**

Dated: May 1, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE