IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 89-00310 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| CARL SAMPSON, | |
| Defendant. | |

*Pro se* defendant moved to vacate, set aside, or correct his sentence. An earlier order directed the government to show cause by July 6, 2017, why the motion should not be granted. The government never received the order, however, due to an error in service.

The government is now **ORDERED TO SHOW CAUSE** by **AUGUST 3, 2017**, why the motion should not be granted, if that is its position, and to file then all portions of the record relevant to the motion. The Clerk shall **SERVE** this order on defendant and the United States. If the government opposes the motion, defendant shall have **FORTY-FIVE DAYS** from submission of the opposition to reply.

**IT IS SO ORDERED.**

Dated: July 10, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE